LAW OFFICES OF:

# Bellah Perez, PLLC

Attorneys at Law
5622 W. Glendale Avenue
Glendale, Arizona 85301
_____
Telephone: (602) 252-9937
Fax: (623) 939-3214

Jeffrey D. Wolfe
State Bar No. 025836
jwolfe@bellahperez.com
*Attorney for Creditor, Paula Quintero*

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| RUBEN DIAZ, | Case No. 2:16-bk-08654-MCW |
| Debtor. | **PAULA QUINTERO'S WITHDRAW OF PROOF OF CLAIM** |
| | **Claim No. 16** |

Creditor herein, Paula Quintero, by and through undersigned counsel, hereby withdraws her Proof of Claim, dated January 30, 2017 in the amount of $66,952.86. A copy of the claim is attached hereto.

**RESPECTFULLY SUBMITTED** this 6th day of November, 2018.

**BELLAH PEREZ, PLLC**

/s/ Jeffrey D. Wolfe
_____
Jeffrey D. Wolfe, Esq.
Attorney for Debtors

# CERTIFICATE OF MAILING

I, Jeffrey D. Wolfe, certify that on November 6, 2018, I electronically transmitted this document to the Clerk's office using the CM/ECF system for filing and transmittal of the notice of electronic filing to the CV/ECF registrants who have appeared in this case and mailed/*emailed copies of this document to all interested parties set forth herein below.

SIGNED this date: November 6, 2018

/s/ Jeffrey D. Wolfe
Jeffrey D. Wolfe, Esq.

*Dawn M. Maguire, Esq., Of Counsel to
Guttilla Murphy Anderson
5415 East High Street, Suite 200
Phoenix, Arizona 85054
DMaguire@gamlaw.com
*Counsel for Trustee*

*Dina L. Anderson
21001 N. Tatum Blvd., Suite 1630-608
Phoenix, AZ 85050
DAnderson@DLATrustee.com
*Chapter 7 Trustee*

*Edward K. Bernatavicius
Office of The United States Trustee
230 N. 1st Ave., Suite 204
Phoenix, AZ 85003
edward.k.bernatavicius@usdoj.gov
*U.S. Trustee*

Ruben Diaz
PO Box 11036
Scottsdale, AZ 85271
*Debtor*

/s/ Jeffrey D. Wolfe
Jeffrey D. Wolfe

Bellah Perez, PLLC
5622 W. Glendale Avenue
Glendale, Arizona 85301